OLYMPIC ADHESIVES, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 83–11–01599

(Dated June 16, 1993)

JUDGMENT

MUSGRAVE, *Judge:* This case having been remanded to the Department of Commerce and the Final Results of said remand having been rendered herein, and plaintiff having no objection thereto, it is hereby

ORDERED, ADJUDGED AND DECREED that the *Final Results Of Redetermination Pursuant To Court Remand* are hereby affirmed, and it is further

ORDERED, ADJUDGED AND DECREED that this case is dismissed.